B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SOJO, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**02-0788809** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**130 N. Jog Rd.**<br>**West Palm Beach, FL 33413**     ZIP CODE **33413-0000** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**968 Stallion Dr**<br>**Loxahatchee, FL 33470**     ZIP CODE **33470-0000** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
[X] 1-49 [ ] 50-99 [ ] 100-199 [ ] 200-999 [ ] 1,000-5,000 [ ] 5001-10,000 [ ] 10,001-25,000 [ ] 25,001-50,000 [ ] 50,001-100,000 [ ] OVER 100,000

Estimated Assets
[ ] $0 to $50,000 [ ] $50,001 to $100,000 [ ] $100,001 to $500,000 [ ] $500,001 to $1 million [X] $1,000,001 to $10 million [ ] $10,000,001 to $50 million [ ] $50,000,001 to $100 million [ ] $100,000,001 to $500 million [ ] $500,000,001 to $1 billion [ ] More than $1 billion

Estimated Debts
[ ] $0 to $50,000 [ ] $50,001 to $100,000 [ ] $100,001 to $500,000 [ ] $500,001 to $1 million [X] $1,000,001 to $10 million [ ] $10,000,001 to $50 million [ ] $50,000,001 to $100 million [ ] $100,000,001 to $500 million [ ] $500,000,001 to $1 billion [ ] More than $1 billion

B1 (Official Form 1) (4/10)   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SOJO, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SOJO, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Barry P. Gruher** Signature of Attorney for Debtor(s) **Barry P. Gruher 960993** Printed Name of Attorney for Debtor(s) **Genovese Joblove & Battista, P.A.** Firm Name **200 E. Broward Blvd.** **Ste 1110** **Fort Lauderdale, FL 33301** Address **954-453-8000 Fax:954-453-8010** Telephone Number **November 22, 2010** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ Howard Holloway** Signature of Authorized Individual **Howard Holloway** Printed Name of Authorized Individual **Managing Member** Title of Authorized Individual **November 22, 2010** Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **SOJO, LLC**
　　　　　　　　　　　　　Debtor(s)

Case No. 　　　　　　
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Brown Distributing**<br>**1300 Allendale Road**<br>**West Palm Beach, FL 33405** | **Brown Distributing**<br>**1300 Allendale Road**<br>**West Palm Beach, FL 33405** | **Trade Creditor-Amount Unknown** | | **Unknown** |
| **C&C Lawn Maintenance**<br>**7190 High Sierra Cir**<br>**West Palm Beach, FL 33411** | **C&C Lawn Maintenance**<br>**7190 High Sierra Cir**<br>**West Palm Beach, FL 33411** | **Lawn Mantenance** | | **2,200.00** |
| **Coca Cola Refreshments**<br>**POB 403390**<br>**Atlanta, GA 30384-3390** | **Coca Cola Refreshments**<br>**POB 403390**<br>**Atlanta, GA 30384-3390** | **Trade Creditor-Amount Unknown** | | **Unknown** |
| **David & Gerchar, Inc.**<br>**12075 NW 40 St, Bay 1**<br>**Pompano Beach, FL 33065** | **David & Gerchar, Inc.**<br>**12075 NW 40 St, Bay 1**<br>**Pompano Beach, FL 33065** | **Surveying of property** | | **8,000.00** |
| **Delta Petroleum**<br>**1134 53 Court N**<br>**West Palm Beach, FL 33407** | **Delta Petroleum**<br>**1134 53 Court N**<br>**West Palm Beach, FL 33407** | **Gas Service** | | **1,000.00** |
| **Donnini Enterprises, Inc.**<br>**3501 SW Corporate Pkwy**<br>**Palm City, FL 34990** | **Donnini Enterprises, Inc.**<br>**3501 SW Corporate Pkwy**<br>**Palm City, FL 34990** | **Trade Creditor-Fuel Supplier** | | **11,303.00** |
| **Florida Department of Revenue**<br>**5050 West Tennessee**<br>**Tallahassee, FL 32399** | **Florida Department of Revenue**<br>**5050 West Tennessee**<br>**Tallahassee, FL 32399** | **October 2010 Sales Taxes** | | **6,500.00** |
| **Florida Power & Light**<br>**POB 025576**<br>**Miami, FL 33102** | **Florida Power & Light**<br>**POB 025576**<br>**Miami, FL 33102** | **Utility Services** | | **Unknown** |
| **Gary Schneider**<br>**8370 W Flagler Street**<br>**Ste 125**<br>**Miami, FL 33144-2078** | **Gary Schneider**<br>**8370 W Flagler Street**<br>**Ste 125**<br>**Miami, FL 33144-2078** | **Accounting Services** | | **2,500.00** |
| **Palm Beach County Traffic Light Condition**<br>**2300 N. Jog Rd**<br>**West Palm Beach, FL 33411-2741** | **Palm Beach County Traffic Light Condition**<br>**2300 N. Jog Rd**<br>**West Palm Beach, FL 33411-2741** | **Installation of Traffic Light** | **Unliquidated Disputed** | **350,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **SOJO, LLC**                                                                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Palm Beach County Tax Collector** <br> **POB 3715** <br> **West Palm Beach, FL 33402-3715** | **Palm Beach County Tax Collector** <br> **POB 3715** <br> **West Palm Beach, FL 33402-3715** | **2009 & 2010 land taxes** | **Unliquidated Disputed** | **144,567.30** |
| **PNC Bank** <br> **POB 747046** <br> **Pittsburgh, PA 15274-7046** | **PNC Bank** <br> **POB 747046** <br> **Pittsburgh, PA 15274-7046** | **Sonoco Gas Station, Convenience Store and vacant lot (2.5 acre parcel) located at 130 N. Jog Rd, West Palm Beach, FL 33470 Legal Description: All of** | **Unliquidated Disputed** | **4,765,000.00** <br><br> **(3,051,075.00 secured)** |
| **PNC Bank** <br> **Commercial Loan Operations** <br> **POB 747046** <br> **Pittsburgh, PA 15274** | **PNC Bank** <br> **Commercial Loan Operations** <br> **POB 747046** <br> **Pittsburgh, PA 15274** | **Sonoco Gas Station, Convenience Store and vacant lot (2.5 acre parcel) located at 130 N. Jog Rd, West Palm Beach, FL 33470 Legal Description: All of** | **Unliquidated Disputed** | **395,000.00** <br> **(3,051,075.00 secured)** <br> **(4,765,000.00 senior lien)** |
| **PNC Bank** <br> **POB 747046** <br> **Pittsburgh, PA 15274-7046** | **PNC Bank** <br> **POB 747046** <br> **Pittsburgh, PA 15274-7046** | **Sonoco Gas Station, Convenience Store and vacant lot (2.5 acre parcel) located at 130 N. Jog Rd, West Palm Beach, FL 33470 Legal Description: All of** | **Unliquidated Disputed** | **200,000.00** <br> **(3,051,075.00 secured)** <br> **(5,160,000.00 senior lien)** |
| **PNC Bank** <br> **POB 3429** <br> **Pittsburgh, PA 15230-3429** | **PNC Bank** <br> **POB 3429** <br> **Pittsburgh, PA 15230-3429** | **Business Credit Card** | | **9,106.00** |
| **Premium Assignment** <br> **POB 3100** <br> **Tallahassee, FL 32315-3100** | **Premium Assignment** <br> **POB 3100** <br> **Tallahassee, FL 32315-3100** | **Insurance Account #755227** | | **6,215.56** |
| **Premium Insurance** <br> **POB 3100** <br> **Tallahassee, FL 32315** | **Premium Insurance** <br> **POB 3100** <br> **Tallahassee, FL 32315** | **Insurance policy #763094** | | **3,680.85** |
| **Sexton Engineering Assoc. Inc.** <br> **110 Ponce de Leon St** <br> **West Palm Beach, FL 33411** | **Sexton Engineering Assoc. Inc.** <br> **110 Ponce de Leon St** <br> **West Palm Beach, FL 33411** | **Surveying of property** | **Unliquidated Disputed** | **60,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **SOJO, LLC**  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **The H.T. Hackney Company**<br>**3580 NW 119 St**<br>**Miami, FL 33168** | **The H.T. Hackney Company**<br>**3580 NW 119 St**<br>**Miami, FL 33168** | **Trade Creditor** | | 19,800.00 |
| **The Icee Company**<br>**1205 Dupont Ave**<br>**Ontario, CA 91761** | **The Icee Company**<br>**1205 Dupont Ave**<br>**Ontario, CA 91761** | **Trade Creditor** | | 3,100.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 22, 2010**      Signature  **/s/ Howard Holloway**  
                                                                                    **Howard Holloway**  
                                                                                     **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of Florida

In re  **SOJO, LLC**  
                Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 22, 2010**       **/s/ Howard Holloway**  
                                                    **Howard Holloway**/**Managing Member**  
                                                    Signer/Title

Amy Holloway
968 Stallion Drive
Loxahatchee, FL 33470-3975


Amy Holloway
968 Stallion Dr
Loxahatchee, FL 33470-3975


Brown Distributing
1300 Allendale Road
West Palm Beach, FL 33405


C&C Lawn Maintenance
7190 High Sierra Cir
West Palm Beach, FL 33411


Coca Cola Refreshments
POB 403390
Atlanta, GA 30384-3390


David & Gerchar, Inc.
12075 NW 40 St, Bay 1
Pompano Beach, FL 33065


Delta Petroleum
1134 53 Court N
West Palm Beach, FL 33407


Donnini Enterprises, Inc.
3501 SW Corporate Pkwy
Palm City, FL 34990


Florida Department of Revenue
5050 West Tennessee
Tallahassee, FL 32399


Florida Power & Light
POB 025576
Miami, FL 33102


Gary Schneider
8370 W Flagler Street
Ste 125
Miami, FL 33144-2078

```
Gold Coast Distributors
10055 NW 12 St
Miami, FL 33172


Howard Holloway
968 Stallion Drive
Loxahatchee, FL 33470-3975


Howard Holloway
968 Stallion Dr
Loxahatchee, FL 33470-3975


Palm Beach County
Traffic Light Condition
2300 N. Jog Rd
West Palm Beach, FL 33411-2741


Palm Beach County Tax Collector
POB 3715
West Palm Beach, FL 33402-3715


Pepsi Beverages Company
7305 Garden Rd
West Palm Beach, FL 33404


PNC Bank
POB 3429
Pittsburgh, PA 15230-3429


PNC Bank
Commercial Loan Operations
POB 747046
Pittsburgh, PA 15274


PNC Bank
POB 747046
Pittsburgh, PA 15274-7046


Premium Assignment
POB 3100
Tallahassee, FL 32315-3100


Premium Insurance
POB 3100
Tallahassee, FL 32315
```

```
Sexton Engineering Assoc. Inc.
110 Ponce de Leon St
West Palm Beach, FL 33411


Sunbelt Sprinker and Well Drilling, Inc.
968 Stallion Drive
Loxahatchee, FL 33470-3975


Sunbelt Sprinkler and Well Drilling, Inc
968 Stallion Drive
Loxahatchee, FL 33470-3975


Sunbelt Sprinkler and Well Drilling, Inc
968 Stallion Dr
Loxahatchee, FL 33470-3975


The H.T. Hackney Company
3580 NW 119 St
Miami, FL 33168


The Icee Company
1205 Dupont Ave
Ontario, CA 91761
```